UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**FILED**
APR - 3 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

Dameon J. Brown
    Plaintiff,

V.

Javier Salazar, BEXAR COUNTY SHERIFF
BEXAR COUNTY ADULT DETENTION CENTER,
    Defendants

SA23CA0422 FB

## 42 U.S.C. § 1983 CIVIL RIGHTS COMPLAINT

To Honorable Judge of said court:

Comes Now Dameon J. Brown in this title 42 U.S.C § 1983 Civil Rights Complaint My Complaint and claim is due to the constitutional Rights violations by the defendants listed above and for the damages done to me mentally, physically, and emotionally in the process of the violation and violating my constitutional Rights. I have been confined and incarcerated here at the BEXAR COUNTY ADULT DETENTION CENTER for more then a year. Now due to me being found incompetent back on April 21, 2021 in due to me having liberty interests in freedom from incarceration, in being that none of my charges or the accusations against me are a felony of the 1st Degree I should have been released pursuant to chapter 46 of the C.C.P. from Bexar county adult detention center custody when they found me incompetent to stand trial, in not only that but also on April 21, 2021 I was sentence to inpatient treatment for 120 days. Now today's date is March 27, 2023 in I am still sitting confined in the custody of the bexar county adult detention center in I still have not been transferred to a inpatient treatment center. Now pursuant to Oregon Advocacy V. Mink, 322 F.3d 1101, 1121-22 (9th Cir. 2003) "Person found incompetent to stand trial but not timely admitted to a mental hospital, waiting one to five months in county jails without treatment, were not governed by the

Page 1                                                                copy 1 of 2

deliberate indifference standard; they may not be relegated to the level of treatment afforded to convicts, since they "have liberty interest in freedom from incarceration and in restorative treatment," leaving them in county jail for months "Violates their due process rights because the nature and duration of their incarceration bear no reasonable relation to the evaluative and Restorative purposes for which courts commit those individuals." Affirming Seven-day limit on transferring them to a mental hospital. Now due to the illegal in unjust violation of my 4th, 8th, 13th and 14th Amendment Constitutional Rights. In due to these violations of my civil Rights and the illegal, uncivil and unjust treatment throughout my time in confinement and incarceration at Bexar County adult Detention Center. I would like to seek Relief for the damages done to me through this process in for the mental, physical and emotional Distress in the amount of $500,000.00. So I am asking for $300,000.00 for my pain and Suffering throughout these years of incarceration and the mental, physical and emotional abuse and $200,000.00 for the mental, physical and emotional Distress and the psychological Distress.