UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| DAMEON J. BROWN, <br> # 978678, <br>    Plaintiff, <br> v. <br> BEXAR COUNTY SHERIFF JAVIER SALAZAR; and BEXAR COUNTY ADULT DETENTION CENTER, <br>    Defendants. | § § § § § § § § § § § § § <br><br> SA-23-CV-00422-FB |

## ORDER OF DISMISSAL

Before the Court is the 42 U.S.C. § 1983 civil rights complaint ("Section 1983 Complaint") filed by Plaintiff Dameon J. Brown ("Plaintiff" or "Brown"), who is proceeding *pro se*. Plaintiff requested and was granted leave to proceed *in forma pauperis* ("IFP"). (ECF Nos. 4, 5). On May 25, 2023, Plaintiff was ordered to within thirty days show cause why his Complaint (ECF No. 1) should not be dismissed pursuant to 1915(e)(2)(B)(i)(ii) and 1915A(b)(1), for failure to state a non-frivolous claim, by filing an amended complaint that cured the deficiencies noted in the Court's Order. (ECF No. 6). To date, Plaintiff has not responded.

This Court has the inherent power under Rule 41(b) of the Federal Rules of Civil Procedure to dismiss a case *sua sponte* where necessary to achieve orderly, expeditious disposition of cases. Because Brown failed to comply with the Court's Order, his case is dismissed.

**IT IS THEREFORE ORDERED** that Brown's Section 1983 claims against Defendants, Bexar County Sheriff Javier Salazar and Bexar County Adult Detention Center, are **DISMISSED WITHOUT PREJUDICE** for failure to comply with the Court's Order.

SIGNED this 17th day of July, 2023.

                                                          _____
                                                          FRED BIERY
                                                          UNITED STATES DISTRICT JUDGE