# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| DAMEON J. BROWN, <br> # 978678, <br><br> Plaintiff, <br><br> v. <br><br> BEXAR COUNTY SHERIFF JAVIER SALAZAR; and BEXAR COUNTY ADULT DETENTION CENTER, <br><br> Defendants. | § § § § § § § § § § § § § § <br><br> SA-23-CV-00422-FB |

## JUDGMENT

Before the Court is the above-entitled cause. Upon review of the entire case file and this Court's Order dismissing Plaintiff Dameon J. Brown's 42 U.S.C. § 1983 Civil Rights Complaint for failure to comply with the Court's Order, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS THEREFORE ORDERED** that Brown's Section 1983 claims against Defendants, Bexar County Sheriff Javier Salazar and Bexar County Adult Detention Center, are **DISMISSED WITHOUT PREJUDICE** for failure to comply with the Court's Order.

SIGNED this 17th day of July, 2023.

FRED BIERY
UNITED STATES DISTRICT JUDGE